IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| YUKO KIMURA KOENIG | : | BK. No. 18-17134-ref |
| A/K/A YUKO KIMURA A/K/A YUKO KOENIG | : | |
| Debtor | : | Chapter No. 7 |
| | : | |
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR | : | |
| LSF10 MASTER PARTICIPATION TRUST | : | |
| Movant | : | |
| v. | : | 11 U.S.C. §362 |
| YUKO KIMURA KOENIG | : | |
| A/K/A YUKO KIMURA A/K/A YUKO KOENIG | : | |
| and | : | |
| CHRISTINE C. SHUBERT (TRUSTEE) | : | |
| Respondents | | |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, upon Motion of **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST** (Movant), it is:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1551 SPRUCE ST, NORFOLK, VA 23502(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

**Date: April 22, 2019**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

CHRISTINE C. SHUBERT
(TRUSTEE)
821 WESLEY AVENUE
OCEAN CITY, NJ 08226

YUKO KIMURA KOENIG
A/K/A YUKO KIMURA A/K/A YUKO KOENIG
719 N DUKE STREET, APT. 1
LANCASTER, PA 17602

MITCHELL A. SOMMERS
MITCHELL A. SOMMERS, ESQUIRE P.C.
107 WEST MAIN STREET
EPHRATA, PA 17522

YUKO KIMURA KOENIG
A/K/A YUKO KIMURA A/K/A YUKO KOENIG
1551 SPRUCE ST
NORFOLK, VA 23502

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107